UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAX L. ISRAEL,

    Petitioner,

vs.

MICHAEL EVANS, Warden,

    Respondent.

No. C 08-5632 PJH (PR)

**ORDER OF DISMISSAL**

This pro se habeas action was filed on December 17, 2008. On that same day the court notified petitioner that his application to proceed in forma pauperis was deficient in that he did not use the court's form, did not provide a "Certificate of Funds in Inmate Account," and the printout of transactions in his inmate account did not cover the six months immediately preceding the date he filed the complaint. A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope. Petitioner was informed that if he did not either pay the fee or file the application within thirty days the case would be dismissed. More than thirty days have passed and no response has been received.

This case is therefore **DISMISSED** without prejudice. The clerk shall close this file.

**IT IS SO ORDERED.**

Dated: January 26, 2009.

    PHYLLIS J. HAMILTON
    United States District Judge

G:\PRO-SE\PJH\CR.08\ISRAEL5632.DSM-IFP.wpd